## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Luis Garcia-Lopez** DOB: 1967; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 26-05773MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about March 8, 2026, in the District of Arizona, **Luis Garcia-Lopez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 7.62 x 39 mm rifle barrel, one (1) pistol barrel, 1,365 rounds of various caliber ammunition, 13 Ruger BX-25 .22 caliber magazines, one (1) PMAG D-60 5.56 x 45 mm magazine, three (3) AR-15 lower parts kits, one (1) AR-10 lower parts kit, four (4) polymer fiber pop-up sight kits, five (5) military specification buffer tube kits, five (5) buttstocks, two Magpul MBUS front sights, two Magpul MBUS rear sights, one (1) pistol spring, and one (1) rifle sling mount, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 8, 2026, at approximately 1:55 p.m., Customs and Border Protection officers (CBPOs) working outbound inspection operations at the DeConcini Port of Entry in Nogales, Arizona, stopped a gray 2020 Chevrolet Aveo, bearing Mexico license plate number WBA004A, due to a computer-generated alert. An outbound CBPO stopped the vehicle and identified the driver as **Luis Garcia-Lopez** and asked him if he had any currency over $10,000.00, weapons, or ammunition to declare. **Garcia-Lopez** stated that he did not have any of those items. The CBPO then asked **Garcia-Lopez** where he was going, and **Garcia-Lopez** responded he was going to Guaymas, Sonora. A CBPO opened a backpack located on the floor of the vehicle and immediately saw what appeared to be ammunition. CBPOs instructed **Garcia-Lopez** to exit the vehicle and immediately detained him. A Z-Portal x-ray scan of the vehicle was positive for anomalies in the trunk and passenger floor areas. CBPOs inspected the vehicle and discovered one (1) 7.62 x 39 mm rifle barrel, one (1) pistol barrel, 1,365 rounds of various caliber ammunition, 13 Ruger BX-25 .22 caliber magazines, one (1) PMAG D-60 5.56 x 45 mm magazine, three (3) AR-15 lower parts kits, one (1) AR-10 lower parts kit, four (4) polymer fiber pop-up sight kits, five (5) military specification buffer tube kits, five (5) buttstocks, two Magpul MBUS front sights, two Magpul MBUS rear sights, one (1) pistol spring, and one (1) rifle sling mount.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY AUSA *Matthew C. Cassell* **Sworn by telephone  x** | SIGNATURE OF COMPLAINANT GUILLERMO A CARRERA  Digitally signed by GUILLERMO A CARRERA Date: 2026.03.09 09:25:06 -07'00' |
|---|---|
| | OFFICIAL TITLE HSI SA Guillermo A. Carrera |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE March 9, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 4

During a *post*-Miranda statement, **Garcia-Lopez** admitted he knew he was in possession of the ammunition but stated he did not know it was illegal to transport it. **Garcia-Lopez** stated he was part of the Mexican Marines and was allowed to possess weapons and ammunition and thought it was okay for him to purchase them in the United States. **Garcia-Lopez** stated he purchased the ammunition at a Sportsman's Warehouse location in Tucson for personal use and that he did not have a license to export ammunition from the United States into Mexico.

The items found in the vehicle **Garcia-Lopez** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Garcia-Lopez** did not possess an import/export license nor present one to the CBPOs.





